[Cite as *Gibson v. State Hwy. Patrol*, 2010-Ohio-3642.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STEPHEN D. GIBSON

    Plaintiff

    v.

STATE HIGHWAY PATROL

    Defendant

    Case No. 2010-01662-AD

Clerk Miles C. Durfey

<u>MEMORANDUM DECISION</u>

## FINDINGS OF FACT

{¶ 1} 1)    Plaintiff, Stephen D. Gibson, filed this complaint against defendant, Ohio State Highway Patrol (OSHP), alleging that the negligent act of OSHP personnel caused damage to the tires on his 2003 GMC Envoy on January 3, 2010.  Plaintiff seeks damages in the amount of $682.90.  The $25.00 filing fee was paid and plaintiff requested reimbursement of that cost along with his damage claim.

{¶ 2} 2)    Defendant filed an investigation report admitting liability for plaintiff's loss and acknowledging the damage amount claimed.

{¶ 3} 3)    On March 1, 2010, plaintiff submitted a response expressing his agreement with the investigation report.

## CONCLUSIONS OF LAW

{¶ 4} 1)    Negligence on the part of defendant has been established. *Johnson v. State Highway Patrol* (2002), 2001-12347-AD; *Zapf v. Highway Patrol*, Ct. of Cl. No. 2006-07511-AD, 2007-Ohio-3104; *Landman v. Ohio State Highway Patrol*, Ct. of

Cl. No. 2007-01801-AD, 2007-Ohio-2414; *Hutchison v. State Highway Patrol*, Ct. of Cl. No. 2008-06318-AD, 2008-Ohio-5627; *Kovacik v. Ohio State Hwy. Patrol*, Ct. of Cl. No. 2008-09619-AD, 2009-Ohio-1592.

{¶ 5} 2) Plaintiff has suffered damages in the amount of $682.90, plus the $25.00 filing fee which may be reimbursed as compensable costs pursuant to R.C. 2335.19. See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

STEPHEN D. GIBSON

     Plaintiff

     v.

STATE HIGHWAY PATROL

     Defendant

     Case No. 2010-01662-AD

Clerk Miles C. Durfey

ENTRY OF ADMINISTRATIVE DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $707.90, which includes the filing fee. Court costs are assessed against defendant.

MILES C. DURFEY
Clerk

Entry cc:

Stephen D. Gibson
542 W. Main Street
Deshler, Ohio  43516

Colonel David Dicken
Ohio State Highway Patrol
P.O. Box 182074
Columbus, Ohio  43218-2074

RDK/laa
2/26
Filed 3/25/10
Sent to S.C. reporter 8/6/10